

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00457-CV

_____

## IN RE KRISTIN JUNE MCCORD, Relator

_____

Original Proceeding
Probate Court No. 2 of Tarrant County, Texas
Trial Court No. 2023-PR03761-2

_____

Before Birdwell, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: September 9, 2025